Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON GARNER, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:22-cv-00066-CLB |
| | ) |
| v. | ) **ORDER GRANTING** |
| | ) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, | ) **PLAINTIFF'S REPLY BRIEF,** |
| ACTING COMMISSIONER OF SOCIAL | ) *NUNC PRO TUNC* |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Allison Garner, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a one-day (1) extension of time to file Plaintiff's Reply in Support of Motion for Reversal and Remand ("Reply Brief"), *nunc pro tunc*. Plaintiff's Reply Brief was due to be filed by Sunday, September 4, 2022, with the next business day falling on September 6, 2022.

Due to a family emergency, Counsel was unable to file Plaintiff's Reply briefing by the current deadline of September 6, 2022. On September 7, 2022, staff in Counsel's office reached out to Counsel for the Commissioner who indicated they have no objection to our request.

Counsel for Plaintiff apologizes profusely for this oversight and for any confusion this may have caused.

Wherefore, Plaintiff requests an extension from September 6, 2022 up to and including September 7, 2022 to file her Reply Brief.

Dated this September 7, 2022.

                Respectfully submitted,

                */s/Hal Taylor*
                Hal Taylor, Esq.
                Of Counsel, Olinsky Law Group
                NV Bar No.: 4399
                2551 West Lakeridge Shores
                Reno, NV 89519
                Tel: (775) 825-2223
                Fax: (775) 329-1113
                HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, September 7, 2022, 2022, by CMECF to Holly A. Vance, Esq. and David Priddy, Esq., who are the filing users of the CM/ECF system.

                */s/Hal Taylor*
                Hal Taylor, Esq.

                ORDER

IT IS SO ORDERED.

**Dated:** September 9, 2022

                _____
                UNITED STATES MAGISTRATE JUDGE